

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| V. | 2:17-MJ-1363 |
| Cesar Angel Saucedo, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __defense__, IT IS ORDERED that a detention hearing is set for __June 6__, __2017__, at __1:00__ ☐a.m. /☒p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20, 3rd Floor, 312 N. Spring St., LA, CA 90012__

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __6/1/17__

U.S. District Judge/Magistrate Judge